FILED
AUG 20 2012
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

UNITED STATES OF AMERICA
   -VS-                                CAUSE NO. A-12-CR-234-SS
TERRY LEE AYRES

## MOTION OF HABEUS CORPUS

I, TERRY LEE AYRES, DEFENDANT, WOULD COME BEFORE THIS COURT AND SHOW:

1) THAT, DEFENDANT, TERRY LEE AYRES, IS A FEDERAL PRISONER IN CALDWELL COUNTY JAIL.

2) THAT, DEFENDANT, IS GOVERNED BY FEDERAL RULES AND STANDERS

3) THAT DEFENDANT, HAS EXHAUSTED ALL INTERNAL REMEDIES OF CALDWELL COUNTY JAIL

4) THAT, DEFENDANT, IS IN SERIOUS HEALTH RISK BECOUSE OF CALDWELL COUNTY JAILS NONCOMPLIANCE WITHIN FEDERAL LAW.

5.) BECAUSE OF COUNTY JAILS POLICY OF CHARGING FEDERAL INMATES UNDER STATE LAW FOR CO-PAYMENT FOR INMATE MEDICAL SERVICES, DEFENDANT, CANNOT RECEIVE NECESSARY MEDICAL HELP.

6.) THAT COUNTY JAIL WILL NOT PROVIDED ACCESS TO NECESSARY HEALTH DEVICES SUCH AS NAIL CLIPPERS.

7.) THIS FACILITY WILL NOT ISSUES UNDERWARE AND WILL ONLY WASH UNDERWARE THAT YOU CAN AFFORD TO BUY YOURSELF, TWICE A WEEK.

8.) THIS FACILITY WILL ONLY WASH THE ONE JUMPSUIT YOU ARE ISSUED ONCE A WEEK.

9.) THAT UPON ENTRY TO THIS FACILITY LEGAL PAPER WORK ISSUED BY THIS FEDERAL COURT WAS CONFISCATED

10.) FACILITY REFUSED TO RETURN CONFISCATED LEGAL WORK MAKING PREPARATION FOR COURT IMPOSSIBLE.

DEFENDANT WOULD PRAY THIS COURT WOULD GIVE DEFENDANT RELIEF IN THIS MATTER

PAGE 2 OF 3

SINCERELY YOURS

Terry Lee Ayres

TERRY LEE AYRES
C0063545 FEDERAL IMATE
CADEWELL COUNTY JAIL
1204 REED DRIVE
LOCKHART, TEXAS
             78644

TO: THE HONORABLE JUDGE B. SPARKS

I WISH TO FILE THIS HABUS CORPUS TO THIS UNITED STATES DISTRICT COURT AUSTIN DIVISION.

AND BECAUSE OF CALDWELL COUNTY SHERIFF'S OFFICE DENIAL OF MY REQUEST FOR COPIES TO BE MADE, AT MY OWN EXPENSE, I AM UNABLE TO FURNISH THE DISTRICT ATTORNEY, OR MY ATTORNEY COPIES.

MY ATTORNEY HAS NOT CONTACTED ME SINCE MY LAST COURT APPEARANCE. NOR HAVE BEEN ABLE TO CONTACT HIM BY PHONE

I DO NEED THIS MATTER HEARD IN A TIMELY MANNER, THANK YOU.

SINCERELY YOURS
TERRY LEE AYRES


CHAMBERS OF
AUG 20 2012
SAM SPARKS

(OVER)

**CALDWELL COUNTY SHERIFF'S OFFICE**
**JAIL DIVISION**

## Inmate Request Form

Cell: H

Date of Request: 8/16/12

Inmate: TERRY LEE AYRES

****************************************************************************
****************************************************************************

Nature of Request: I AM NEED SOME LEGAL WORK TO HAVE COPIES MADE AS THEY ALL NEED TO BE THE SAME. IF YOU COULD HOW MUCH PER PAGE AND WHEN I COULD HAVE THEM MADE. THANK YOU

Inmate's Signature: Terry L. Ayres

Action Taken to Fulfill Request: Your lawyer will have to make all copies for you

Officer's Signature: Cpl. Oncendorf

Date: 08-16-12

NAME: TERRY LEE AYRES
SO#: 000 63546
CALDWELL COUNTY JAIL
1204 REED DRIVE
LOCKHART, TEXAS 78644

AUSTIN TX [illegible]
[illegible postmark]

FOREVER
USA
Purple Martin

HONORABLE JUDGE B. SPARKS
THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
115   AUSTIN, DIVISION   78701

78701$9999